# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 7, 2023

## NO. 03-23-00231-CV

### In the Matter of E. S.

**APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND SMITH**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the order modifying a previous juvenile-court disposition signed by the trial court on March 31, 2023. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.